

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2014

No. 04-14-00441-CV

**ESTATE OF DELFINA E. ALEXANDER**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2008-PB&-000016-L2
Honorable Jesus Garza, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs are assessed against the party that incurred them.

It is so **ORDERED** on September 3, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2014.

_____
Keith E. Hottle, Clerk